

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00180-CR

Leonardo **RIVAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 12-04-10954-CR
The Honorable Camile G. Dubose, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgments are AFFIRMED.

SIGNED August 19, 2015.

_____
Rebeca C. Martinez, Justice